MINUTES OF THE MEETING OF

THE BOARD OF DIRECTORS OF

HAZEL HOLMES TRUCKING, INC.


      The undersigned, being the sole director of Hazel Holmes Trucking, Inc. ("the Company") hereby acts as follows:

      RESOLVED, that an appropriate officer of the Company be and he or she is hereby authorized to file a petition on behalf of the Company pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

      DATED this the 28th day of October, 2011.

Director

Hazel Holmes Trucking, Inc.
P.O. Box 667565
Charlotte, NC 28226


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste. 330
Charlotte, NC 28203


Allied Waste Services
P.O. Box 219
Pineville, NC 28134-0219


Americhem Insustries
P.O. Box 1291
Englewood Cliffs, NJ 07632


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Barnes Distribution
Dept. CH 14079
Palatine, Il 60055-4079


Binswanger
P.O. Box 277586
Atlanta, GA 30384-7586


Byrum Oil
6809 Craig St.
Charlotte, NC 28214


Carolina Business Supplies
111 East Charlotte Ave.
P.O. Box 425
Mt. Holly, NC 28120

Carolina Lock & Access
5010 Crestland Ave.
Charlotte, NC 28269


Carolina Time Equipment Co.
P.O. Box 18158
Charlotte, NC 28218-8158


Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Cintas Corp
6300 Harris Technology Blvd.
Charlotte, NC 28269


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


City County Tax Collector
Collection Division
P.O. Box 31637
Charlotte, NC 28281


Commercial Insurance
Joyce Kronenwetter
113 FT-William Ave.
Belmont, NC 28012


Crystal Clean, LLC
2115 Dunavant St.
Charlotte, NC 28203


Custom Hydraulics & Design Co.
3822 Statesville Ave.
Charlotte, NC 28206

Cyclone Roofing
13615 E. Independence Blvd.
Indian Trail, NC 28079


D & D Truck Repair, Inc.
P.O. Box 26113
Charlotte, NC 28221


Disaster One, Inc.
3012 Patterson St.
Greensboroe, NC 27407


Doughton Mfg. Co.
225 W. Tremont Ave
Charlotte, NC 28203


FIA Card Services
c/o Bernhardt and Strawswer
5821 Fairview Rd
Suite 100
Charlotte, NC 28209


First National Bank of Spartanburg
Div of First National Bank of the So
P.O. Box 3508
Spartanburg, SC 29304


Fleet One MSC 30425
P.O. Box 415000
Nashville, TN 37241-5000


Fontaine Truck Equipment Co.
P.O. Box 30025
Omaha, NE 68103-1125


Gear Train
5300 Rozzell's Ferry Rd
Charlotte, NC 28214

Great Lakes
c/o Miller & Miller
319 S. Sharon Amity Rd., #350
Charlotte, NC 28211


Great Lakes Petroleum
P.O. Box 714378
Columbus, OH 43271-4378


Hazel Holmes
P.O. Box 667565
Charlotte, NC 28226


HFC
P.O. Box 17574
Baltimore, MD 21297-1574


Holbert Trailer Sales & Ser
P.O. Box 669243
Charlotte, NC 28266


Home Depot
P.O. Box 6029
The Lakes, Nevada 88901-6029


I.R.S.
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


Job Finder
8604 Cliff Cameron Dr., #156
Charlotte, NC 28269

Joe Tabron Truck Tire Serv
6710 Elm Forest Dr.
Charlotte, NC 28213


John James Oates Plumbing
1032 Gum Branch Rd
Charlotte, NC 28214


Jones Grading & Fencing, Inc.
704 W. Tremont Ave.
Charlotte, NC 28203


Kimball Midwest
Dept. L 2780
Columbus, oH 43260-2780


Larry's Auto Electric Service
P.O. Box 26553
Charlotte, NC 28214


National Fleet Services
3315 Service St.
Charlotte, NC 28206


National Repair & Parts
5320 N. Graham St.
Charlotte, NC 28269


Nationwide Mutual Insurance co.
P.O. Box 96040
Charlotte, NC 28296-0040


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NC Employment Security Comm.
P.O. Box 25903
Raleigh, NC 27611-5903


NestCare Urgent Care
P.O. Box 41008
Fayetteville, NC 28309


Office Max
P.O. Box 101705
Atlanta, GA 30392-1705


Office Max Credit Card
HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197-5239


On Site Fuel
c/o Rayburn, Cooper & Durham
The Carillon, St. 1200
227 W. Trade St.
Charlotte, NC 28202

On-Site Fuel Service, Inc.
Dept. AT 49997
Atlanta, GA 31192-9997


Park Dansan Healthcare
P.O. Box 248
Gastonia, NC 28053


Pentech Financial Services
P.O. Box 712320
Cincinnati, OH 45271-2320


Peterbuilt Carolina, Inc.
P.O. Box 60525
Charlotte, NC 28260-0525

Pinnacle Physicians Network
P.O. Box 37027
Dept. 161
Charlotte, NC 28230


Pro Chem, Inc.
P.O. Box 1309
Alpharetta, GA 30009-1309


Pro Med
4221 Tuckaseegee Rd.
Charlotte, NC 28208


Purser Oil Products
P.O. Box 790585
Charlotte, NC 28206


Race Com
P.O. Box 729
Harrisburg, NC 28075


Radio Frenquency Concepts
P.O. Box 1674
Huntersville, NC 28070


Raymer Oil Co.
P.O. Box 271
Statesville, NC 28687


Raymer Oil Co.
c/o Rogers, Townsend & Thomas
2550 W. Tyvola Road
Charlotte, NC 28217


Regional Communications
5015 WT Harris Blvd., St. B
Charlotte, NC  28269

```
Simpleases
1329 E. Morehead St., Ste. 200
Charlotte, NC 28204


Snider Tire Co
3815 Beasley Lane
Charlotte, NC 28206


Southern Star of Charlotte, Inc
7439 Orr Road
Charlotte, NC 28213


Southern Truck Ser
P.O. Box 36483
Charlotte, NC 28236


Spring Service & Alignment
P.O. Box 217067
Charlotte, NC 28221


Suntrust Bank
c/o Lindsey, Schrimsher
P.O. Box 33429
Charlotte, NC 28233


Superior Truck Services
P.O. Box 26675
Charlotte, NC 28221


The Cooling Center
3719 Scott Futrell Dr.
Charlotte, NC 28208


Tire Tech, Inc.
2700 Gray Fox Rd
Monroe, NC 28110
```

Travelers Insurance CL &
Specialty
Remittance Center
Hartford, CT 06183-1008


Truck Parts, Inc.
707 Kenney St.
Charlotte, NC 28206


Truck Pro-Charlotte
P.O. Box 538189
Atlanta, GA 30353-8189


US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669


Westinghouse Materials
P.O. Box 241689
Charlotte, NC 28224


Wingfoot Commercial Tire Sys
3916 Hwy 74 West
Monroe, NC 28110


Zenith Insurance
c/o White & Allen
P.O. Drawer U
New Bern, NC 28563

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:    **Hazel Holmes Trucking, Inc.** _____

            <u>Debtor</u>

Case No. _____

Chapter  <u>11</u> _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **9** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   <u>**10/28/2011**</u> _____

Signed: <u>**s/ Hazel L. Holmes**</u> _____
           **Hazel L. Holmes**

Signed:   _____
           **Richard M. Mitchell**
           Attorney for Debtor(s)
           Bar no.:       **3034**
           **Mitchell & Culp PLLC**
           **1001 Morehead Square Drive, Ste. 330**
           **Charlotte, NC 28203**
           Telephone No.:    **(704) 333-0630**
           Fax No.:          **(704) 333-4975**
           E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hazel Holmes Trucking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **56-1540849** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6116 Rozzell's Ferry Rd.**<br>**Charlotte, NC**<br>ZIP CODE **28214** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 667565**<br>**Charlotte, NC**<br>ZIP CODE **28226** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**6116 Rozzells Ferry Rd., Charlotte, NC**<br>ZIP CODE **28214** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br><br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Hazel Holmes Trucking, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

| **Information Regarding the Debtor - Venue** |
|---|
| **(Check any applicable box)** |

☑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Hazel Holmes Trucking, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)

**Richard M. Mitchell  Bar No.  3034**
Printed Name of Attorney for Debtor(s) / Bar No.

**Mitchell & Culp PLLC**
Firm Name

**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**
Address

**(704) 333-0630**          **(704) 333-4975**
Telephone Number

**10/28/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Hazel L. Holmes**
Signature of Authorized Individual

**Hazel L. Holmes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/28/2011**
Date

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Western District of North Carolina**

**Charlotte Division**

In re   **Hazel Holmes Trucking, Inc.**                                    ,   Case No. _____

Debtor

Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Great Lakes**<br>**c/o Miller & Miller**<br>**319 S. Sharon Amity Rd., #350**<br>**Charlotte, NC 28211** | **Account Receivable**<br>**704-366-9129**<br>**Great Lakes**<br>**c/o Miller & Miller**<br>**319 S. Sharon Amity Rd., #350**<br>**Charlotte, NC 28211** | **Trade** | | **$91,611.01** |
| **Suntrust Bank**<br>**c/o Lindsey, Schrimsher**<br>**P.O. Box 33429**<br>**Charlotte, NC 28233** | **Bob Lindsey**<br>**704-333-2141**<br>**Suntrust Bank**<br>**c/o Lindsey, Schrimsher**<br>**P.O. Box 33429**<br>**Charlotte, NC 28233** | **Loan** | | **$66,273.46** |
| **FIA Card Services**<br>**c/o Bernhardt and Strawswer**<br>**5821 Fairview Rd**<br>**Suite 100**<br>**Charlotte, NC 28209** | **Account Receivable**<br>**704-335-0444**<br>**FIA Card Services**<br>**c/o Bernhardt and Strawswer**<br>**5821 Fairview Rd**<br>**Suite 100**<br>**Charlotte, NC 28209** | **Charge Card** | **DISPUTED** | **$58,145.72** |
| **Holbert Trailer Sales & Ser**<br>**P.O. Box 669243**<br>**Charlotte, NC 28266** | **Account Receivable**<br>**704-394-2154**<br>**Holbert Trailer Sales & Ser**<br>**P.O. Box 669243**<br>**Charlotte, NC 28266** | **Trade** | | **$16,179.09** |
| **Zenith Insurance**<br>**c/o White & Allen**<br>**P.O. Drawer U**<br>**New Bern, NC 28563** | **Account Receivable**<br>**252-638-5792**<br>**Zenith Insurance**<br>**c/o White & Allen**<br>**P.O. Drawer U**<br>**New Bern, NC 28563** | **Insurance** | | **$9,583.00** |
| **Joe Tabron Truck Tire Serv**<br>**6710 Elm Forest Dr.**<br>**Charlotte, NC 28213** | **Account Receivable**<br>**704-532-9733**<br>**Joe Tabron Truck Tire Serv**<br>**6710 Elm Forest Dr.**<br>**Charlotte, NC 28213** | **Trade** | | **$5,915.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Hazel Holmes Trucking, Inc.** _____ ,   Case No. _____

Debtor

Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Wingfoot Commercial Tire Sys**<br>**3916 Hwy 74 West**<br>**Monroe, NC 28110** | **Account Receivable**<br>704-238-8277<br>**Wingfoot Commercial Tire Sys**<br>**3916 Hwy 74 West**<br>**Monroe, NC 28110** | **Trade** | | **$5,522.81** |
| **Southern Star of Charlotte, Inc**<br>**7439 Orr Road**<br>**Charlotte, NC 28213** | **Account Receivable**<br>704-598-6455<br>**Southern Star of Charlotte, Inc**<br>**7439 Orr Road**<br>**Charlotte, NC 28213** | **Trade** | | **$4,812.60** |
| **Pinnacle Physicians Network**<br>**P.O. Box 37027**<br>**Dept. 161**<br>**Charlotte, NC 28230** | **Account Receivable**<br>704-399-7800<br>**Pinnacle Physicians Network**<br>**P.O. Box 37027**<br>**Dept. 161**<br>**Charlotte, NC 28230** | **Trade** | | **$4,576.00** |
| **Byrum Oil**<br>**6809 Craig St.**<br>**Charlotte, NC 28214** | **Account Receivable**<br><br>**Byrum Oil**<br>**6809 Craig St.**<br>**Charlotte, NC 28214** | **Trade** | | **$4,028.24** |
| **Chase**<br>**Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Account Receivable**<br><br>**Chase**<br>**Cardmember Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Charge Card** | | **$3,921.27** |
| **Fontaine Truck Equipment Co.**<br>**P.O. Box 30025**<br>**Omaha, NE 68103-1125** | **Account Receivable**<br>704-596-9674<br>**Fontaine Truck Equipment Co.**<br>**P.O. Box 30025**<br>**Omaha, NE 68103-1125** | **Trade** | | **$3,660.74** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Hazel Holmes Trucking, Inc.**                                          ,  Case No. _____

                                    Debtor                          Chapter  __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Truck Parts, Inc. 707 Kenney St. Charlotte, NC 28206 | Accounts Receivable 704-332-7909 Truck Parts, Inc. 707 Kenney St. Charlotte, NC 28206 | Trade | | $3,633.22 |
| National Fleet Services 3315 Service St. Charlotte, NC 28206 | Account Receivable 704-358-0294 National Fleet Services 3315 Service St. Charlotte, NC 28206 | Trade | | $3,446.62 |
| Travelers Insurance CL & Specialty Remittance Center Hartford, CT 06183-1008 | Account Receivable Travelers Insurance CL & Specialty Remittance Center Hartford, CT 06183-1008 | Insurance | | $3,342.00 |
| Superior Truck Services P.O. Box 26675 Charlotte, NC 28221 | Account Receivable Superior Truck Services P.O. Box 26675 Charlotte, NC 28221 | Trade | | $3,114.13 |
| Gear Train 5300 Rozzell's Ferry Rd Charlotte, NC 28214 | Account Receivable 704-393-8841 Gear Train 5300 Rozzell's Ferry Rd Charlotte, NC 28214 | Trade | | $2,877.49 |
| Nationwide Mutual Insurance co. P.O. Box 96040 Charlotte, NC 28296-0040 | Account Receivable Nationwide Mutual Insurance co. P.O. Box 96040 Charlotte, NC 28296-0040 | Trade | | $2,524.71 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Hazel Holmes Trucking, Inc.** _____ , Case No. _____

_____ Debtor                                  Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Suntrust Bank<br>c/o Lindsey, Schrimsher<br>P.O. Box 33429<br>Charlotte, NC 28233** | **Account Receivable<br>704-333-2141<br>Suntrust Bank<br>c/o Lindsey, Schrimsher<br>P.O. Box 33429<br>Charlotte, NC 28233** | **Loan** | | **$2,400.00** |
| **Purser Oil Products<br>P.O. Box 790585<br>Charlotte, NC 28206** | **Account Receivable<br>704-333-3775<br>Purser Oil Products<br>P.O. Box 790585<br>Charlotte, NC 28206** | **Trade** | | **$2,241.57** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Hazel L. Holmes, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/28/2011** _____        Signature:  **s/ Hazel L. Holmes** _____

**Hazel L. Holmes ,President** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re   **Hazel Holmes Trucking, Inc.**                                    Case No. _____

_____                     (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Allied Waste Services** P.O. Box 219 Pineville, NC 28134-0219 | | | | | | | 1,817.42 |
| ACCOUNT NO.  **Americhem Insustries** P.O. Box 1291 Englewood Cliffs, NJ 07632 | | | | | | | 617.52 |
| ACCOUNT NO.  **Barnes Distribution** Dept. CH 14079 Palatine, Il 60055-4079 | | | | | | | 690.22 |
| ACCOUNT NO.  **Binswanger** P.O. Box 277586 Atlanta, GA 30384-7586 | | | | | | | 1,494.40 |
| ACCOUNT NO.  **Byrum Oil** 6809 Craig St. Charlotte, NC 28214 | | | | | | | 4,028.24 |

__14__   Continuation sheets attached

Subtotal  ➤  $          **8,647.80**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Hazel Holmes Trucking, Inc._____      Case No. _____
                                  Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Carolina Business Supplies** **111 East Charlotte Ave.** **P.O. Box 425** **Mt. Holly, NC 28120** | | | | | | | 1,196.45 |
| ACCOUNT NO. **Carolina Lock & Access** **5010 Crestland Ave.** **Charlotte, NC 28269** | | | | | | | 195.37 |
| ACCOUNT NO. **Carolina Time Equipment Co.** **P.O. Box 18158** **Charlotte, NC 28218-8158** | | | | | | | 225.23 |
| ACCOUNT NO. **Chase** **Cardmember Services** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | | | | | | 3,921.27 |
| ACCOUNT NO. **Cintas Corp** **6300 Harris Technology Blvd.** **Charlotte, NC 28269** | | | | | | | 1,217.97 |

Sheet no. _1_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **6,756.29**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Hazel Holmes Trucking, Inc.                                    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **City County Tax Collector** <br> **Collection Division** <br> **P.O. Box 31637** <br> **Charlotte, NC 28281** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Commercial Insurance** <br> **Joyce Kronenwetter** <br> **113 FT-William Ave.** <br> **Belmont, NC 28012** | | | | | | | **1,263.50** |
| ACCOUNT NO. <br><br> **Crystal Clean, LLC** <br> **2115 Dunavant St.** <br> **Charlotte, NC 28203** | | | | | | | **2,109.98** |
| ACCOUNT NO. <br><br> **Custom Hydraulics & Design Co.** <br> **3822 Statesville Ave.** <br> **Charlotte, NC 28206** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Cyclone Roofing** <br> **13615 E. Independence Blvd.** <br> **Indian Trail, NC 28079** | | | | | | | **1,250.00** |

Sheet no. _2_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                4,623.48

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hazel Holmes Trucking, Inc.**_____          Case No. _____
                               Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**D & D Truck Repair, Inc.**<br>**P.O. Box 26113**<br>**Charlotte, NC 28221** | | | **SECURED-$4977.80** | | | | **SECURED** |
| ACCOUNT NO.<br><br>**Disaster One, Inc.**<br>**3012 Patterson St.**<br>**Greensboroe, NC 27407** | | | | | | | **1,343.44** |
| ACCOUNT NO.<br><br>**Doughton Mfg. Co.**<br>**225 W. Tremont Ave**<br>**Charlotte, NC 28203** | | | | | | | **1,228.13** |
| ACCOUNT NO.<br><br>**FIA Card Services**<br>**c/o Bernhardt and Strawswer**<br>**5821 Fairview Rd**<br>**Suite 100**<br>**Charlotte, NC 28209** | | | | | | X | **58,145.72** |
| ACCOUNT NO.<br><br>**First National Bank of Spartanburg**<br>**Div of First National Bank of the So**<br>**P.O. Box 3508**<br>**Spartanburg, SC 29304** | | | **SECURED-$350,000** | | | | **SECURED** |

Sheet no. _3_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **60,717.29**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Hazel Holmes Trucking, Inc._____          Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 663.23 |
| Fleet One MSC 30425 P.O. Box 415000 Nashville, TN 37241-5000 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,660.74 |
| Fontaine Truck Equipment Co. P.O. Box 30025 Omaha, NE 68103-1125 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,877.49 |
| Gear Train 5300 Rozzell's Ferry Rd Charlotte, NC 28214 | | | | | | | |
| ACCOUNT NO. | | | | | | | 91,611.01 |
| Great Lakes c/o Miller & Miller 319 S. Sharon Amity Rd., #350 Charlotte, NC 28211 | | | | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| Great Lakes Petroleum P.O. Box 714378 Columbus, OH 43271-4378 | | | | | | | |

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        98,812.47

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Hazel Holmes Trucking, Inc.</u>                       Case No. _____
                   Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Hazel Holmes** P.O. Box 667565 Charlotte, NC 28226 | | | | | | | **Unknown** |
| ACCOUNT NO. **HFC** P.O. Box 17574 Baltimore, MD 21297-1574 | | | | | | | **2,212.00** |
| ACCOUNT NO. **Holbert Trailer Sales & Ser** P.O. Box 669243 Charlotte, NC 28266 | | | | | | | **16,179.09** |
| ACCOUNT NO. **Home Depot** P.O. Box 6029 The Lakes, Nevada 88901-6029 | | | | | | | **70.00** |
| ACCOUNT NO. **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | | | **0.00** |

Sheet no. _5_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **18,461.09**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hazel Holmes Trucking, Inc.**      Case No. _____

          Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Job Finder**<br>**8604 Cliff Cameron Dr., #156**<br>**Charlotte, NC 28269** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br>**Joe Tabron Truck Tire Serv**<br>**6710 Elm Forest Dr.**<br>**Charlotte, NC 28213** | | | | | | | **5,915.00** |
| ACCOUNT NO. <br><br>**John James Oates Plumbing**<br>**1032 Gum Branch Rd**<br>**Charlotte, NC 28214** | | | | | | | **343.21** |
| ACCOUNT NO. <br><br>**Jones Grading & Fencing, Inc.**<br>**704 W. Tremont Ave.**<br>**Charlotte, NC 28203** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br>**Kimball Midwest**<br>**Dept. L 2780**<br>**Columbus, oH 43260-2780** | | | | | | | **674.55** |

Sheet no. _6_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  &gt; $        **6,932.76**

Total  &gt; $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hazel Holmes Trucking, Inc.**                                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Larry's Auto Electric Service** P.O. Box 26553 Charlotte, NC 28214 | | | | | | | 1,053.99 |
| ACCOUNT NO. | | | | | | | |
| **National Fleet Services** 3315 Service St. Charlotte, NC 28206 | | | | | | | 3,446.62 |
| ACCOUNT NO. | | | | | | | |
| **National Repair & Parts** 5320 N. Graham St. Charlotte, NC 28269 | | | | | | | 106.31 |
| ACCOUNT NO. | | | | | | | |
| **Nationwide Mutual Insurance co.** P.O. Box 96040 Charlotte, NC 28296-0040 | | | | | | | 2,524.71 |
| ACCOUNT NO. | | | | | | | |
| **NC Dept. of Revenue** P.O. Box 1168 Raleigh, NC 27602-1168 | | | | | | | 0.00 |

Sheet no.  7 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢   $          7,131.63

Total  ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Hazel Holmes Trucking, Inc._____     Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NC Employment Security Comm. P.O. Box 25903 Raleigh, NC 27611-5903** | | | | | | | 0.00 |
| ACCOUNT NO. **NestCare Urgent Care P.O. Box 41008 Fayetteville, NC 28309** | | | | | | | 78.00 |
| ACCOUNT NO. **Office Max P.O. Box 101705 Atlanta, GA 30392-1705** | | | | | | | 754.17 |
| ACCOUNT NO. **Office Max Credit Card HSBC Business Solutions P.O. Box 5239 Carol Stream, IL 60197-5239** | | | | | | | 1,331.03 |
| ACCOUNT NO. **On Site Fuel c/o Rayburn, Cooper & Durham The Carillon, St. 1200 227 W. Trade St. Charlotte, NC 28202** | | | **SECURED-$142,513.04** | | | | SECURED |

Sheet no.  8 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $     2,163.20

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hazel Holmes Trucking, Inc.**                          Case No. _____
_____
Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **On-Site Fuel Service, Inc. Dept. AT 49997 Atlanta, GA 31192-9997** | | | | | | | **Unknown** |
| ACCOUNT NO. **Park Dansan Healthcare P.O. Box 248 Gastonia, NC 28053** | | | | | | | **321.00** |
| ACCOUNT NO. **Pentech Financial Services P.O. Box 712320 Cincinnati, OH 45271-2320** | | | SECURED-$7,000 | | | | **SECURED** |
| ACCOUNT NO. **Peterbuilt Carolina, Inc. P.O. Box 60525 Charlotte, NC 28260-0525** | | | | | | | **Unknown** |
| ACCOUNT NO. **Pinnacle Physicians Network P.O. Box 37027 Dept. 161 Charlotte, NC 28230** | | | | | | | **4,576.00** |

Sheet no. _9_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,897.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Hazel Holmes Trucking, Inc.</u>                                           Case No. _____
                    Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Pro Chem, Inc.** <br> **P.O. Box 1309** <br> **Alpharetta, GA 30009-1309** | | | | | | | **1,556.79** |
| ACCOUNT NO. <br><br> **Pro Med** <br> **4221 Tuckaseegee Rd.** <br> **Charlotte, NC 28208** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Purser Oil Products** <br> **P.O. Box 790585** <br> **Charlotte, NC 28206** | | | | | | | **2,241.57** |
| ACCOUNT NO. <br><br> **Race Com** <br> **P.O. Box 729** <br> **Harrisburg, NC 28075** | | | | | | | **863.07** |
| ACCOUNT NO. <br><br> **Radio Frenquency Concepts** <br> **P.O. Box 1674** <br> **Huntersville, NC 28070** | | | | | | | **850.00** |

Sheet no. <u>10</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **5,511.43**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hazel Holmes Trucking, Inc.**                                    Case No. _____
_____
Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | X | **SECURED** |
| **Raymer Oil Co.** **c/o Rogers, Townsend & Thomas** **2550 W. Tyvola Road** **Charlotte, NC 28217** | | | **SECURED-$48,079.37** **DISPUTED amount** | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| **Raymer Oil Co.** **P.O. Box 271** **Statesville, NC 28687** | | | | | | | |
| ACCOUNT NO. | | | | | | | **199.00** |
| **Regional Communications** **5015 WT Harris Blvd., St. B** **Charlotte, NC  28269** | | | | | | | |
| ACCOUNT NO. | | | | | | | **SECURED** |
| **Simpleases** **1329 E. Morehead St., Ste. 200** **Charlotte, NC 28204** | | | **SECURED-$11,000** | | | | |
| ACCOUNT NO. | | | | | | | **Unknown** |
| **Snider Tire Co** **3815 Beasley Lane** **Charlotte, NC 28206** | | | | | | | |

Sheet no. _11_ of _14_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                               **199.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Hazel Holmes Trucking, Inc.                                    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Southern Star of Charlotte, Inc** <br> **7439 Orr Road** <br> **Charlotte, NC 28213** | | | | | | | **4,812.60** |
| ACCOUNT NO. <br><br> **Southern Truck Ser** <br> **P.O. Box 36483** <br> **Charlotte, NC 28236** | | | **SECURED-$982.22** | | | | **SECURED** |
| ACCOUNT NO. <br><br> **Spring Service & Alignment** <br> **P.O. Box 217067** <br> **Charlotte, NC 28221** | | | | | | | **1,580.65** |
| ACCOUNT NO. <br><br> **Suntrust Bank** <br> **c/o Lindsey, Schrimsher** <br> **P.O. Box 33429** <br> **Charlotte, NC 28233** | | | | | | | **2,400.00** |
| ACCOUNT NO. <br><br> **Suntrust Bank** <br> **c/o Lindsey, Schrimsher** <br> **P.O. Box 33429** <br> **Charlotte, NC 28233** | | | | | | | **66,273.46** |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **75,066.71**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hazel Holmes Trucking, Inc.** _____   Case No. _____
                         Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Superior Truck Services**<br>P.O. Box 26675<br>Charlotte, NC 28221 | | | | | | | **3,114.13** |
| ACCOUNT NO.<br><br>**The Cooling Center**<br>3719 Scott Futrell Dr.<br>Charlotte, NC 28208 | | | | | | | **2,150.28** |
| ACCOUNT NO.<br><br>**Tire Tech, Inc.**<br>2700 Gray Fox Rd<br>Monroe, NC 28110 | | | | | | | **1,929.53** |
| ACCOUNT NO.<br><br>**Travelers Insurance CL & Specialty**<br>Remittance Center<br>Hartford, CT 06183-1008 | | | | | | | **3,342.00** |
| ACCOUNT NO.<br><br>**Truck Parts, Inc.**<br>707 Kenney St.<br>Charlotte, NC 28206 | | | | | | | **3,633.22** |

Sheet no. <u>13</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

         Subtotal  ➢  $       **14,169.16**

         Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Hazel Holmes Trucking, Inc.</u>                    Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 140.56 |
| Truck Pro-Charlotte P.O. Box 538189 Atlanta, GA 30353-8189 | | | | | | | |
| ACCOUNT NO. | | | | | | | 750.00 |
| Westinghouse Materials P.O. Box 241689 Charlotte, NC 28224 | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,522.81 |
| Wingfoot Commercial Tire Sys 3916 Hwy 74 West Monroe, NC 28110 | | | | | | | |
| ACCOUNT NO. | | | | | | | 9,583.00 |
| Zenith Insurance c/o White & Allen P.O. Drawer U New Bern, NC 28563 | | | | | | | |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            15,996.37

Total  ➤  $          330,085.68

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re  **Hazel Holmes Trucking, Inc.** _____ ,        Case No. _____

                                    Debtor

                                            Chapter    **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $            0.00 | | |
| B - Personal Property | NO | 0 | $            0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $            0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $            0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $       330,085.68 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 15 | $            0.00 | $       330,085.68 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re   **Hazel Holmes Trucking, Inc.**

Debtor

Case No. _____

Chapter   **11**   _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**

In re   **Hazel Holmes Trucking, Inc.**                     Case No. _____

                                            Debtor          Chapter   **11**   _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **330,085.68** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **330,085.68** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Hazel Holmes Trucking, Inc.**                          Case No. _____
                    Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Hazel L. Holmes**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __**10/28/2011**__          Signature: **s/ Hazel L. Holmes**

                                                    **Hazel L. Holmes President**
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*